| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| D'ANGELO NUNEZ, § <br> §<br>Plaintiff, §<br>§<br>versus §<br>§<br>CASE MANAGER JONES, *et al.*, §<br>§<br>Defendants. § | CIVIL ACTION NO. 1:16-CV-34 |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff D'Angelo Nunez, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The defendants have filed a motion to dismiss. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss is **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE