| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

D'ANGELO NUNEZ, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:16-CV-34
　　　　　　　　　　　　　　　§
CASE MANAGER JONES, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

D'Angelo Nunez, proceeding *pro se*, filed this lawsuit. The court referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge, pursuant to 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report and Recommendation are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 1st day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE